UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14002-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**CATAVIS JACKSON (J)**
**76014-004**,

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [28] on Defendant's Motion to Dismiss or Elect Counts [23] issued January 25, 2008. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued is hereby **ADOPTED.**

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of February, 2008.

                                                            K. MICHAEL MOORE
                                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record